UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAAI J. WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> RONALD HAYNES, et al., <br><br> Defendant. | CASE NO. 3:21-CV-5640-BHS-DWC <br><br> REPORT AND RECOMMENDATION <br><br> Noting Date: November 19, 2021 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Kaai J. Williams, Jr., proceeding *pro se*, initiated this action on September 1, 2021. *See* Dkt. 1. On September 23, 2021, the Court determined that, based on the information provided to the Court in Plaintiff's Declaration and Application to Proceed *In Forma Pauperis* ("Motion to Procced IFP"), Plaintiff can afford the filing fee. Dkt. 4. The Court ordered Plaintiff to show cause why his Motion to Proceed IFP should not be denied. *Id*. The Court warned Plaintiff that failure to respond to the Order to Show Cause or pay the filing fee by October 21, 2021 would result in the Court recommending dismissal of this action. *Id*.

1     Plaintiff has failed to comply with the Court's Order to Show Cause. He has not filed a
2 response to the Order to Show Cause or paid the filing fee. In fact, Plaintiff has not filed
3 anything with the Court since initiating this lawsuit. *See* Docket. Therefore, the Court
4 recommends this case be dismissed without prejudice for failure to prosecute. The Court also
5 recommends Plaintiff's Motion to Proceed IFP (Dkt. 1) be denied.

6     Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
7 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
8 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
9 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
10 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on
11 November 19, 2021, as noted in the caption.

12     Dated this 3rd day of November, 2021.

                                          David W. Christel
                                          United States Magistrate Judge