UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAAI J. WILLIAMS, JR.,

                Plaintiff,

v.

RONALD HAYNES, et al.,

                Defendants.

No. 3:21-CV-5640-BHS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is ADOPTED;

(2) Plaintiff's Motion to Proceed IFP (Dkt. 1) is denied and this case is dismissed without prejudice for failure to prosecute.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** 29th day of November, 2021.

                              BENJAMIN H. SETTLE
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1